IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| YVONNE YOUNG | * | |
| HARRY G. SMITH[1] | | |
|     Plaintiffs, | * | |
| v. | * | CIVIL ACTION NO. JKB-13-2452 |
| MS. DAVIS-SUNTRUST BANK | * | |
| MARTIN O'MALLEY | | |
| DONDREA MELISSA –VENEZUELA | * | |
| CAMILLE SMITH –AFRICA | | |
| CATHY HUGHES –TV ONE STUDIO | * | |
|     Defendants. | | |
| | *** | |

MEMORANDUM

The above-captioned case was filed on August 21, 2013. ECF No. 1. Plaintiff Young complains of violations of the Maryland Constitution and claims that monies allocated to her are "being removed" and her "title" is being destroyed by defendants Smith and Melissa, the latter of whom plaintiff accuses of being an embezzler. *Id.* at p. 1.

Affording the self-represented complaint a generous construction, Young sets out various incidents occurring between 2002 to 2008 in which (1) her identity was acquired by persons working for the current and former Governors of Maryland; (2) bio-chemicals were placed on her person at a Baltimore, Maryland, hotel; (3) her apartment was gassed by Russian and Polish families liberated from World War II; (4) persons who have a connection to a "New World Order" are "following her spirit and immediate family members" and have acquired her identity; and (5) defendants Melissa and Smith, who are somehow connected to former German Chancellor Helmut Kohl, have removed

---

[1] Although listed in the caption of the complaint as a plaintiff and Yvonne Young's step-father, Harry G. Smith has neither signed the complaint nor provided a signed indigency affidavit. Therefore, he is not a party to this action and shall be dismissed as a litigant.

monies from her bank accounts with the assistance of former President George Bush. ECF No. 1 at p. 2. Young seeks $770,000,000.00 in damages and an injunction ordering Defendants and "persons under their title" to keep away from her and her immediate family. *Id.* at p. 3.

Accompanying the complaint is Young's motion for leave to proceed in forma pauperis and supporting affidavit. ECF No. 2. Young affirms that she earns $13,000.00 in monthly retirement income, lists no assets, and sets out $1,675.00 in monthly expenses. The court questions the completeness and accuracy of the affidavit and shall deny the motion without prejudice. The complaint allegations speak for themselves. The claims contained herein concern accusations that are clearly a product of Young's delusions and have no basis in law and fact.

A complaint that is totally implausible or frivolous may be dismissed *sua sponte* for lack of subject matter jurisdiction pursuant to Fed R. Civ. P. 12(b)(1). *See Apple v. Glenn*, 183 F.3d 477 (6th Cir. 1999); *O'Connor v. United States*, 159 F.R.D. 22 (D. Md. 1994); *see also Crowley Cutlery Co. v. United States*, 849 F.2d 273, 277 (7th Cir. 1988) (federal district judge has authority to dismiss a frivolous suit on his own initiative). Accordingly, by separate Order which follows, the complaint shall be dismissed.

Date: Aug. 27, 2013

James K. Bredar
United States District Judge